**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BEONCIA JONES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ANN & ROBERT H. LURIE** )<br>**CHILDRENS HOSPITAL,** )<br>)<br>**Defendant.** ) | Case No. 20-cv-00816 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beoncia Jones and Defendant Ann & Robert H. Lurie Children's Hospital of Chicago stipulate and agree that the above-captioned matter be dismissed with prejudice with respect to all claims filed against Defendant, with each party to bear her or its own fees and costs.

Dated: March 22, 2021                                      Respectfully submitted,

| **BEONCIA JONES** | **ANN & ROBERT H. LURIE**<br>**CHILDREN'S HOSPITAL OF CHICAGO** |
|---|---|
| By: *s/ Beoncia Jones* (signature affixed by consent)<br>Pro Se | By: *s/ Neil H. Dishman*<br>One of Its Attorneys |
| | Neil H. Dishman<br>Priya P. Khatkhate<br>Jackson Lewis P.C. |
| Beoncia Jones<br>5748 N. Rockwell, Apt. 1<br>Chicago, IL 60659<br>Tel: 847 766-8766<br>Email: beonciajones0623@gmail.com | 150 N. Michigan Ave., Suite 2500<br>Chicago, Illinois 60601<br>Tel:     312.787.4949<br>Fax:    312.787.4995<br>Email: Neil.Dishman@jacksonlewis.com<br>            Priya.Khatkhate@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I, Neil H. Dishman, an attorney, state that I caused to be served a copy of the aforementioned *Stipulation of Dismissal* upon All Persons Listed as Registrants through the Court's Electronic Case Filing System at their respective Email addresses on March 22, 2021.

Beoncia Jones
5748 N. Rockwell, Apt. 1
Chicago, IL 60659
beonciajones0623@gmail.com

/s/ Neil H. Dishman